UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- x
STATE OF NEW YORK,              :
                                :
            Plaintiff,       :
                                :
   v.                           :   2:12-cv-06276-ADS-SIL
                                :
MOUNTAIN TOBACCO COMPANY,       :
d/b/a KING MOUNTAIN TOBACCO     :
COMPANY INC., and DELBERT       :
WHEELER, Sr.,                   :
                                :
            Defendants.      :
------------------------------------- :
                                x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Philip Pilmar of Petrillo Klein & Boxer LLP hereby appears in the above-captioned action on behalf of Defendant Mountain Tobacco Company, d/b/a King Mountain Tobacco Company Inc. and requests that all notices given or required to be given in this case and all papers served or required to be served be delivered to the undersigned at the address, telephone number and email address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated: October 8, 2014                Respectfully Submitted,

                                                                       _____
                                                                       Philip Pilmar
                                                                       PETRILLO KLEIN & BOXER LLP
                                                                       655 Third Avenue, 22nd Floor
                                                                       New York, NY 10017
                                                                       Tel: 212-370-0330 (main)
                                                                       ppilmar@pkbllp.com