| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 12/4/14<br>TIME: 2:00 |

CASE:  **CV 12-6276 (ADS) (SIL) State of New York v. Mountain Tobacco**

TYPE OF CONFERENCE:  MOTION HEARING          FTR: 2:07-2:59

APPEARANCES:
    For Plaintiff:   Christopher Leung

    For Defendant: Nelson Boxer (for King Mountain deft)
                          David Yaffe (for deft Wheeler)

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: For the reasons set forth on the record, Plaintiff's motion to compel and for an extension of the discovery deadline [DE 137] is granted as follows:  Plaintiff will serve document discovery requests concerning jurisdictional discovery on or before December 11, 2014.  Defendants will respond to these requests on or before January 11, 2015.  The 30(b)(1) deposition of Defendant Delbert Wheeler Sr. will take place on or before February 13, 2015 at a time and location of Mr. Wheeler's reasonable choosing in order to provide allowances for his health.  Summary judgment practice will be commenced on or before February 27, 2015.  Defendant King Mountain Tobacco Company's motion to compel [DE 138] is denied for reasons set forth on the record.

                                                  SO ORDERED

                                                  /s/Steven I. Locke
                                                 STEVEN I. LOCKE
                                                 United States Magistrate Judge