UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

STATE OF NEW YORK,

                                        Plaintiff,

            -against-

MOUNTAIN TOBACCO COMPANY d/b/a             Civil Action No.
KING MOUNTAIN TOBACCO COMPANY INC.,
                                           2:12-CV-06276 (JS) (SIL)

                              Defendant.

------------------------------------------------------------- x

<u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law of plaintiff State of New York in Support of Its Motion for Requested Relief and the submitted filings and record in the above-captioned action, the undersigned will move this Court before the Honorable Joanna Seybert, United States District Judge, in the United States District Court, 100 Federal Plaza, Central Islip, New York, 11722, for an order and judgment granting the plaintiff State of New York's motion for requested relief.

Dated:   New York, New York          ERIC T. SCHNEIDERMAN
         January 18, 2017            Attorney General of the State of New York


                                     By: _____/s/ Christopher K. Leung_____

                                     Christopher K. Leung (CL 6030)
                                     Dana Biberman (DB 9878)
                                       Chief, Tobacco Compliance Bureau
                                     Assistant Attorneys General
                                     120 Broadway, 3rd Floor
                                     New York, New York 10271
                                     Tel.: 212-416-6389
                                     Fax.: 212-416-8877
                                     Christopher.Leung@ag.ny.gov
                                     Dana.Biberman@ag.ny.gov

                                     *Attorneys for Plaintiff State of New York*