```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
STATE OF NEW YORK,

                        Plaintiff,
                                                    SCHEDULING ORDER
            -against-                               12-CV-6276(JS)(SIL)

MOUNTAIN TOBACCO COMPANY d/b/a
KING MOUNTAIN TOBACCO COMPANY INC.,

                        Defendant.
----------------------------------------X
```

SEYBERT, District Judge:

**IT IS HEREBY ORDERED:**

Plaintiff shall file its proposed motion for a judgment awarding relief (see D.E. 251) on or before June 17, 2020. Defendant shall file its opposition on or before July 17, 2020. The parties are directed to submit updates, changes, or objections to scheduling at least two (2) days prior to the due date.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   May  18 , 2020
         Central Islip, New York